

S. Mohsin Reza
Tel 703.743.1344
Email: Mohsin.reza@gtlaw.com

July 10, 2025

**VIA E-FILING**

Clifton Cislak, Esq.
Clerk, U.S. Court of Appeals
For the District of Columbia Circuit
U.S. Courthouse Room 5423
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    *True the Vote, Inc. v. Internal Revenue Service, et al.*
            (D.C. Cir. – No. 25-5219)

Dear Mr. Cislak:

    We represent True the Vote, Inc. ("TTV") in this matter. At this time, TTV does not take a position on the remaining issues in this case and, therefore, does not intend to participate in this Appeal.

    Please do not hesitate to contact me if you have any questions.

                                      Sincerely,

                                      /s/ S. Mohsin Reza

                                      S. Mohsin Reza
                                      Bar No. 56133

cc:    Counsel of record (via CM/ECF)
ACTIVE 712812325v1

**Greenberg Traurig, LLP | Attorneys at Law**
Terminus 200 Building | 3333 Piedmont Road NE, Suite 2500 | Atlanta, Georgia 30305 | T +1 678.553.2100 | F +1 678.553.2212

www.gtlaw.com