IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>   Appellee,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>   Appellees,<br><br>PUBLIC INTEREST LEGAL FOUNDATION, FOLEY & LARDNER, LLP,<br><br>   Appellees,<br><br>THE BOPP LAW FIRM, PC<br><br>   Appellant. | No. 25-5219 |

## PUBLIC INTEREST LEGAL FOUNDATION'S
## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A. Parties**

The parties to the above-captioned appeal are the following:

Appellant-Interested Party Below

1. Bopp Law Firm, PC

Appellees-Interested Parties Below

1. Public Interest Legal Foundation, Inc.
2. Foley & Lardner, LLP

Plaintiff-Appellee

1. True the Vote, Inc.

Defendants-Appellees

1. United States of America
2. Internal Revenue Service
3. Steven Miller, in his official capacity
4. Lois Lerner, in her official capacity
5. Ronald Bell, in his official capacity
6. Susan Maloney, in her official capacity
7. Janine L. Estes, in her official capacity
8. Faye Ng, in her official capacity
9. Unknown IRS employees, in their official capacities
10. Daniel Werfel, in his official capacity
11. William Wilkins, in his official capacity
12. Holly Paz, in her official capacity
13. Cindy Thomas, in her official capacity

14. Steven Grodnitzky, in his official capacity

15. David Fish, in his official capacity

16. Michael Seto, in his official capacity

**B. Rulings Under Review**

Appellant seeks review of the Order of Judge Reggie B. Walton entered May 30, 2025 (ECF No. 281) denying The Bopp Law Firm's Amended Motion for Enforcement of Attorney's Charging Lien.

**C. Related Cases**

The Public Interest Legal Foundation is not aware of any cases that present substantially similar issues as those involved in this appeal. This case has previously been before this Court in Case No. 14-5316 and Case No. 23-05238.

Dated: July 14, 2025

Respectfully submitted,

　 /s/ Kaylan L. Phillips　　

Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
(703) 745-5870 (telephone)
kphillips@publicinterestlegal.org
*Counsel for Appellee Public Interest Legal Foundation*