# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5219
2. DATE DOCKETED: 6/12/2025
3. CASE NAME (lead parties only) True the Vote, Inc.    v.    Internal Revenue Service, et al.
4. TYPE OF CASE:  ☒ District Ct -  ☉ US Civil  ☐ Private Civil  ☐ Criminal  ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ☐ Yes  ☉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.           Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:13-cv-00734          Bankruptcy                          Tax
      Criminal                            Adversary
      Miscellaneous                       Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Reggie B. Walton                    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 5/30/2025   e. Date notice of appeal filed: 6/11/2025
   f. Has any other notice of appeal been filed in this case?   ☐ Yes  ☉ No   If YES, date filed:
   g. Are any motions currently pending in trial court?  ☐ Yes  ☉ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ☐ Yes  ☉ No
      If NO, why not?  None required for appeal
   i. Has this case been before the Court under another appeal number? ☉ Yes  Appeal # 14-5316; 23-52⟨  ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes  ☉ No  If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ☐ Yes  ☉ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☉ Yes  ☐ No   If so, provide program name and participation dates
   Included in meditation 7/11/2025, assignment to mediator pending

Signature Jeffrey P. Gallant                     Date July 14, 2025
Name of Party The Bopp Law Firm, PC
Name of Counsel for Appellant/Petitioner James Bopp, Jr.; Jeffrey P. Gallant
Address The National Building 1 S. Sixth Street, Terre Haute, IN 47807
Phone ( 812 ) 232-2434     Fax ( 812 ) 235-3685

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on July 14, 2025. I further certify that all participants in the appeal are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey P. Gallant
Jeffrey P. Gallant