IN THE
# United States Court of Appeals
### For the District of Columbia Circuit

The Bopp Law Firm, PC
*Appellant*
v.
True the Vote, Inc.,
*Appellee,*
Public Interest Legal Foundation, Inc.,
Foley & Lardner, LLP,
*Appellees,*
Internal Revenue Service, et. al.,
*Appellees*

On Appeal from the United States District Court for the District of Columbia

---

## Preliminary Statement of Issues to be Raised

---

James Bopp, Jr.
Jeffrey P. Gallant
THE BOPP LAW FIRM, PC
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
*Attorneys for Appellant*

Pursuant to the Court's Order of June 12, 2025, Appellant The Bopp Law Firm, PC, ("**BLF**") through counsel, respectfully submits this non-binding Statement of Issues to Be Raised on Appeal:

A.    Did the district court err in ruling that Appellant BLF's lien was invalid when neither Appellee True the Vote, Inc., against whom the lien was effected, nor Appellees Foley & Lardner LLP, Public Interest Legal Foundation, Inc., and The Center for Constitutional Jurisprudence ("**Former Attorneys**") who were found to have a valid competing lien, opposed Appellant BLF's lien or asked the court to find that it was invalid?

B.    Did the district court err in its application of Indiana law to the question of whether Appellant BLF's lien was a valid lien?

July 14, 2025

Respectfully submitted,

/s/ Jeffrey P. Gallant
James Bopp, Jr., Ind. Bar No. 2838-84
Jeffrey P. Gallant, Va. Bar No. 46876
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
jgallant@bopplaw.com
*Attorneys for Appellant*

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on July 14, 2025. I further certify that all participants in the appeal are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey P. Gallant
Jeffrey P. Gallant