No. 25-5219

IN THE
# United States Court of Appeals
For the District of Columbia Circuit

The Bopp Law Firm, PC
*Appellant*
v.
True the Vote, Inc.,
*Appellee*,
Public Interest Legal Foundation, Inc.,
Foley & Lardner, LLP,
*Appellees*,
Internal Revenue Service, et. al.,
*Appellees*

On Appeal from the United States District Court for the District of Columbia

**Appellant's Rule 26.1 Corporate Disclosure Statement**

James Bopp, Jr.
Jeffrey P. Gallant
THE BOPP LAW FIRM, PC
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
*Attorneys for Appellant*

Appellant The Bopp Law Firm, PC is an Indiana Professional Corporation. It has no parent corporation and has no publicly held corporation that owns 10% or more of its stock.

| | |
|---|---|
| July 15, 2025 | Respectfully submitted, |

/s/ Jeffrey P. Gallant
James Bopp, Jr., Ind. Bar No. 2838-84
Jeffrey P. Gallant, Va. Bar No. 46876
THE BOPP LAW FIRM, PC
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
jgallant@bopplaw.com
*Attorneys for Appellant*

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on July 15, 2025. I further certify that all participants in the appeal are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey P. Gallant
Jeffrey P. Gallant