# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>   Appellee,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>   Appellees,<br><br>PUBLIC INTEREST LEGAL FOUNDATION, FOLEY & LARDNER, LLP,<br><br>   Appellees,<br><br>THE BOPP LAW FIRM, PC<br><br>   Appellant. | No. 25-5219 |

## PUBLIC INTEREST LEGAL FOUNDATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Local Rule 26.1, the undersigned counsel for Appellee Public Interest Legal Foundation states that the Public Interest Legal Foundation is a non-partisan, public interest 501(c)(3) organization. The Foundation has no parent corporation

1

and no publicly-held company has a 10% or greater ownership interest in the Foundation.

Dated: July 15, 2025

Respectfully submitted,

   /s/ Kaylan L. Phillips
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
(703) 745-5870 (telephone)
kphillips@publicinterestlegal.org
*Counsel for Appellee Public Interest Legal Foundation*