# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5219**                       **September Term, 2024**

1:13-cv-00734-RBW

Filed On: August 27, 2025 [2132341]

True the Vote, Inc.,

      Appellee

    v.

Internal Revenue Service, et al.,

      Appellees

Bopp Law Firm, PC,

      Appellant

## O R D E R

Upon consideration of appellant's motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 6, 2025 |
| Appellees' Brief | November 5, 2025 |
| Appellant's Reply Brief | November 26, 2025 |
| Deferred Appendix | December 3, 2025 |
| Final Briefs | December 17, 2025 |

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                      BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk